O-1829 was not issued